IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>     vs.<br><br>JOSE LUIS ULLOA, DIANE RENEE HOLBROOK,<br><br>                Defendants. | 4:14CR3060<br><br>**ORDER** |

IT IS ORDERED:

1)     As requested in the government's motion, (Filing No. 28), which is hereby granted, the United States' response to defendant's motion, (Filing No. 25), is extended to August 4, 2014.

2)     The status conference, previously set for August 5, 2014, is cancelled.

Dated this 28th day of July, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge