IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:14CR3060-2 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| DIANE RENEE HOLBROOK, | ) | |
| Defendant. | ) | |

The undersigned is in receipt of a letter from the defendant.

IT IS ORDERED that:

(1) The Clerk of Court shall file the defendant's letter as a motion to withdraw detainer.

(2) The Federal Public Defender is appointed to represent the defendant in this matter.

(3) The plaintiff shall file its response to the defendant's motion to withdraw detainer on or before May 24, 2016.

(4) The Clerk of Court shall send a copy of this order to the defendant at his last known address. The Clerk of Court shall provide a copy of this order to the Federal Public Defender.

Dated May 10, 2016.

BY THE COURT:

*Richard G. Kopf*

Senior United States District Judge